# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ORION TECHNOLOGY CO., LTD., a Korean corporation, | Case No. SACV 10-0569 AG(ANx) |
| Plaintiff, | **ORDER OF DISMISSAL PURSUANT TO STIPULATION** |
| vs. | |
| ORION IMAGES CORPORATION,  a California corporation; | |
| Defendant. | |

ORION IMAGES CORPORATION,  a California corporation;

        Counter-Claimant,

vs.

ORION TECHNOLOGY COMPANY, LTD., a Korean corporation, ORION INTERNATIONAL TECHNOLOGY USA, INC., a California corporation, MICHAEL PATZER; TAE W. "DANIEL" HWANG; WOL SUP KIM, and DOES 1 through 10,

        Counter-Defendants.

{00495094.DOC}

1

**ORDER OF DISMISSAL PURSUANT TO STIPULATION**

1

## <u>ORDER</u>

2

3          Pursuant to the stipulation of the parties, the above-captioned action,

4   including the Complaint and Counterclaim, is dismissed with prejudice and without

5   costs or attorney's fees to any party.  The Court retains jurisdiction to enforce the

6   terms of the settlement between the parties.  It is so ordered.

7

8

9   Dated: January 20, 2011

10                                          Andrew J. Guilford
                                           U.S. District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28